ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
501 S. 7TH St.
Las Vegas, NV 89101
Phone: (702) 979-4676
Fax: (702) 979-4121
angela@lizadalaw.com
*Attorney for Plaintiff, Eric H. Olson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. OLSON, an individual,<br><br>Defendant. | Case No.: 2:17-cv-01856-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION FOR SUMMARY JUDGMENT [ECF No. 20]**<br><br>[FIRST REQUEST] |

Defendant ERIC H. OLSON and Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae")(collectively, "the parties") hereby stipulate and agree as follows:

1. On April 3, 2018, Fannie Mae filed its motion for summary judgment [ECF No. 20).

2. Mr. Olson's deadline to respond to the Motion for Summary Judgment is April 24, 2018.

3. Counsel for Mr. Olson needs additional time to respond to the motion for summary judgment and to discuss potential settlement with Counsel for Plaintiff.

4. The parties agree that Mr. Olson's deadline to respond to the Motion for Summary Judgment shall be extended by fourteen days, through and including **May 8, 2018**.

5. The parties further agree Plaintiff's deadlines to reply in support of the Motion for Summary Judgment shall be extended by fourteen days, through and including **May 22, 2018**.

6. This stipulation is made in good faith and not for the purpose of delay.

DATED this 24th day of April, 2018.

| LIZADA LAW FIRM, LTD. | ALDRIDGE PITE, LLP |
|---|---|
| _____ | /s/ Anthony R. Sassi_____ |
| ANGELA J. LIZADA, ESQ. | ANTHONY R. SASSI, ESQ. |
| Nevada Bar No. 11637 | Nevada Bar No. 12486 |
| 501 S. 7th St. | 520 S. 4th St., Ste. 360 |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

April 25, 2018
_____
DATED